NETSTAR–1 GOVERNMENT CONSULTING, INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant,

and

Alon, Inc., Defendant–Appellant.

Nos. 2012–5023, 2012–5024.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2012.

William F. Savarino, Cohen Mohr, LLP, of Washington, DC, argued for plaintiff-appellee. Of counsel was John J. O'Brien.

Daniel B. Volk, Trial Attorney, Commercial Litigation Branch, Civil Division, Unit-

ed States Department of Justice, of Washington, DC, argued for defendant-appellant United States. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Douglas L. Patin, Bradley Arant Boult Cummings LLP, of Washington, DC, argued for defendant-appellant Alon, Inc. Of counsel were Steven A. Pozefsky; and Aron Caraway Beezley, Saltman & Stevens, P.C., of Washington, DC.

Before RADER, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**